IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURIE WAITE,

      Plaintiff,

          v.                      Case No. 3:20-cv-345

ANDREW SAUL,
Commissioner of Social Security,

      Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reevaluate the medical evidence of record, including all medical source opinions. The ALJ will evaluate the claimant's mental impairment(s) in accordance with the special technique described in 20 C.F.R. § 404.1520a, documenting the application of the technique in the decision by providing specific findings and appropriate rationale for each of the functional areas described in 20 C.F.R. § 404.1520a(c). The ALJ will obtain appropriate medical expert evidence to provide a

longitudinal overview and clarify the nature, severity, and limiting effects of the claimant's medically determinable respiratory impairments throughout the period at issue.   In light of the above findings, the ALJ will reassess the claimant's maximum residual functional capacity and subjective complaints, and obtain supplemental vocational expert evidence.   The ALJ will offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

SO ORDERED this 23ʳᵈ day of Dec _____, 2020.

/s/ Barbara B. Crabb

Honorable Barbara B. Crabb
United States District Court Judge